BENJAMIN B. WAGNER
United States Attorney
EDWARD A. BAKER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
DANIEL R. ANDERSON
DAVID T. COHEN
U.S. Department of Justice
Room 9908
601 D Street, NW
Washington, DC 20004
Telephone: (202) 307-0136
Facsimile:   (202) 307-3852

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, *ex rel.*, KRISTIN HELD, <br><br> Plaintiffs, <br><br> -vs- <br><br> PETER LEE, in his official capacity as Executive Director of the California Health Benefit Exchange, CALIFORNIA HEALTH BENEFIT EXCHANGE, a public entity within California, State government, <br><br> Defendants. | CASE NO. 2:14-cv-1629 WBS EFB (TEMP) <br><br> ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION |
|---|---|

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. The Complaint be unsealed and served upon the Defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order, the United States' proposed Order, and the United

States' Notice of Election to Decline Intervention, all of which the relator will serve upon the Defendants only after service of the Complaint;

    3.  The seal be lifted as to all other matters occurring in this action after the date of this Order;

    4.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5.  The parties shall serve all notices of appeal, and any supporting documents and memoranda, upon the United States;

    6.  All orders of this Court shall be sent to the United States; and that

    7.  Should the relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the party proposing such action shall provide the United States with notice of such action.  The court cannot be responsible for policing the file and giving the United States notice of actions taken or filings made by the parties.  The United States is therefore responsible for monitoring the file, and if it so requests, the court will afford the United States an opportunity to be heard before ruling or granting its approval to any requests for dismissal, settlement or discontinuance of this action.

    IT IS SO ORDERED.

Dated:  April 4, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE